# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIE HILLS, JR., | |
| Plaintiff | No. 18-718-SDD-EWD |
| v. | |
| GILEAD SCIENCES, INC. | |
| Defendant. | |

## NOTICE OF DISMISSAL

By this notice Plaintiffs are dismissing all Defendants in this matter pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). This dismissal is without prejudice.

DATED: April 1, 2019

Respectfully submitted,

*/s/ Michelle Rutherford*
Michelle M. Rutherford, La. Bar No. 34968
RUTHERFORD LAW
3110 Canal Street
New Orleans, Louisiana 70119
T: (323) 641-0784
E: jmr@rfordlaw.com

/s/ *John Adcock*
John N. Adcock, La. Bar No. 30372
Law Office of John N. Adcock
3110 Canal Street
New Orleans, Louisiana 70119
T: (504) 233-3125
E: jnadcock@gmail.com

*Attorneys for Plaintiff*